IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARRELL WAYNE SMITH                                                                                    PLAINTIFF

vs.                                          Case No. 4:10-cv-4081

WARDEN GARY TURNER;
NURSE WILLIAMS; NURSE
STEWART; and NURSE CHEATHAM                                                                DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 27, 2012 by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 35). Judge Setser recommends that the motion for summary judgement filed by Separate Defendants Nurse Williams, Nurse Stewart, and Nurse Cheatham be granted. Judge Setser further recommends that the motion for judgment on the pleadings filed by Separate Defendant Turner be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendants Nurse Williams, Nurse Stewart, and Nurse Cheatham's Motion for Summary Judgement (ECF No. 20) is **GRANTED.** Separate Defendant Turner's Motion for Judgment on the Pleadings (ECF No. 28) is **GRANTED.** Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**, this 21st day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge